UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS ROBINSON, | : | 1:21-CV-00928 |
| | : | |
| Petitioner, | : | (Magistrate Judge Schwab) |
| | : | |
| v. | : | |
| | : | |
| LAUREL HARRY, | : | |
| | : | |
| Respondent | : | |

**ORDER**
December 7, 2021

Robinson, through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and he subsequently filed a memorandum of law in support of his petition.  On November 23, 2021, the respondent filed "Respondent's Combined Response and Memorandum in Support of Response to Petitioner's Writ of Habeas Corpus." *Doc. 23*.  Soon thereafter, the petitioner filed a reply. *Doc. 24*. The petitioner asserts that respondent's 56-page response "almost entirely fails to address the claims before this Court[,]" and "[a]part from one or two paragraphs sprinkled throughout, the Response appears to have been cut and pasted from other pleadings which themselves addressed legal claims not before this Court." *Id*. at 1. The petitioner contends that it is impossible for him to reply to the response on the merits. *Id*. at 2.  And he suggests that the court view the respondent's response as a concession that habeas relief should be granted. *Id*. at 2–3.  The petitioner also

suggests that the court may wish to order the district attorney to clarify his position. *Id*. at 3.

We do not agree with the petitioner that the respondent's response should be read as a concession that habeas relief should be granted. But we do agree that the response is unfocused and difficult to comprehend. Thus, we will order the respondent to file a more focused and intelligible response.

**IT IS ORDERED** that the respondent shall file, on or before **January 7, 2022**, an answer and memorandum of law in accordance with the Order of May 26, 2021.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge